Jean-Paul Cart, Esq. (SBN 267516)
VENABLE LLP
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone: (415) 653-3719
jpcart@venable.com

*Attorney for Defendant*
*PINCHme.com Inc.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| KAYLA HESSE, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>v.<br>PINCHME.COM INC.,<br>Defendant. | Case No.: 2:26-cv-01657-AC<br><br>**[~~PROPOSED~~] ORDER SETTING ASIDE ENTRY OF DEFAULT BY STIPULATION AND EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>**Hon. Allison Claire** |

The Clerk of the Court entered default as to Defendant PINCHME.COM INC. on August 19, 2016. Based on the parties' stipulation, the Court finds good cause for setting aside the entry of default. The Court orders as follows:

1. The application to set aside the Clerk's entry of default and extend time for Defendant to respond to the complaint in this case is granted.

2. The Clerk's Entry of Default against PINCHme.com (ECF No. 6) is hereby SET ASIDE and VACATED.

3. Defendant PINCHME.COM INC.'s deadline to respond to the complaint in this action is extended up to and including 21 days from the date of entry of this Order.

IT IS SO ORDERED.

DATED: September 21, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE